Hand-Delivered

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

FILED
CHARLOTTE, NC

MAY – 4 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

LAUREN A. MOSES, Plaintiff

v.

THE VANGUARD GROUP, INC., Defendant.

3:26-CV-354-MEO

## COMPLAINT AND JURY DEMAND

### I. INTRODUCTION

Plaintiff brings this action against Defendant for unlawful retaliation, race and sex discrimination, and related adverse employment actions, including unequal pay, denial of advancement, and constructive discharge in violation of Title VII.

### II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §1331. Venue is proper in this District because the events giving rise to this action occurred in Charlotte, North Carolina, within this District.

### III. PARTIES

Plaintiff resides in Clover, South Carolina. Defendant is a corporation headquartered in Malvern, Pennsylvania doing business in this District.

### IV. FACTUAL ALLEGATIONS

Plaintiff worked as a Senior Sales Consultant from February 2022 through July 28, 2025. Plaintiff performed her job duties in Charlotte, North Carolina, where the events giving rise to this action occurred. Plaintiff reported ongoing system outages affecting performance. After these reports, Plaintiff experienced increased scrutiny, denial of support, and was placed on a performance plan despite strong performance. The adverse actions taken against Plaintiff occurred shortly after her protected activity and were closely connected in time. Plaintiff raised concerns about unequal compensation and advancement. Less experienced employees were promoted over Plaintiff. Plaintiff was advised to seek other employment. Conditions became intolerable, leading to constructive discharge.

### V. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff filed a charge with the EEOC and received a Right to Sue letter dated February 5, 2026. This filing is timely.

### VI. CLAIMS FOR RELIEF

Count I: Retaliation. Count II: Race and Sex Discrimination. Count III: Unequal Pay and Advancement. Count IV: Hostile Work Environment. Count V: Constructive Discharge.

## VII. DAMAGES

Plaintiff seeks all relief available under applicable law, including but not limited to back pay, front pay, compensatory damages, costs of this action, and any further relief the Court deems just and proper.

## VIII. PRAYER FOR RELIEF

Plaintiff requests judgment against Defendant and all appropriate relief.

## IX. JURY DEMAND

Plaintiff demands a trial by jury.


Respectfully submitted,

Lauren A. Moses
213 Elaine Court
Clover, SC 29710
lamoses83@gmail.com
704-419-3596

5/4/2024